**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **KRISTEN KAJUFFA,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )   No. 22 C 2716 |
| | ) |
| | )   Judge Rebecca R. Pallmeyer |
| | ) |
| **MEAD JOHNSON & COMPANY LLC,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

## MDL REMAND CLOSING ORDER

    Pursuant to the Memorandum Opinion and Order [27], this case is remanded, forthwith, to the Court of Common Pleas of Philadelphia County, Trial Division, Civil Action Number: 220302978. The Clerk of the Court is directed to send a copy of this order to the United States District Court Pennsylvania Eastern (CA.No. 22-01809). Civil case terminated.

ENTER:

Date: October 14, 2022

*[signature]*
REBECCA R. PALLMEYER
United States District Judge